**Freya FERRELL, On behalf of D.W.C., Appellant,**

v.

**Michael J. ASTRUE, Social Security Commissioner, Appellee.**

No. 09–2949.

United States Court of Appeals, Eighth Circuit.

Submitted: April 7, 2010.

Filed: April 12, 2010.

Shannon Muse Carroll, Lane & Muse, Hot Springs, AR, for Appellant.

Anne Hamilton, Assistant Regional Counsel, Michael McGaughran, Social Security Administration Office of General Counsel, Dallas, TX, Mark W. Webb, U.S. Attorney's Office, Fort Smith, AR, for Appellee.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

---

1. The Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

PER CURIAM.

Freya Ferrell, on behalf of her minor son D.W.C., appeals the district court's[1] order affirming the Social Security Commissioner's denial of supplemental security income. Following careful de novo review, we conclude that the Commissioner's findings are supported by substantial evidence on the record as a whole, *see Moore ex rel. Moore v. Barnhart*, 413 F.3d 718, 721 (8th Cir.2005), and we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.